DYKEMA GOSSETT LLP
S. Christopher Winter (190474)
kwinter@dykema.com
333 South Grand Avenue
Suite 2100
Los Angeles, CA 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for Defendants
JOHN VARVATOS ENTERPRISES, INC.
JOHN VARVATOS
BLOOMINGDALE'S, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| JIM MARSHALL PHOTOGRAPHY, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN VARVATOS ENTERPRISES, INC., a Delaware corporation; JOHN VARVATOS, an individual; and BLOOMINGDALE'S, INC., a Delaware corporation,<br><br>Defendants. | Case No. 4:11-cv-06702-DMR<br><br>REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE<br><br>Date: 8/22/12<br>Time: 1:30 p.m.<br>Ctrm: 4 |

Counsel for defendants hereby respectfully requests for leave to appear telephonically at the Case Management Conference currently scheduled for August 22, 2012, at 1:30 p.m. Counsel for defendants is located in Los Angeles and it would be cost effective to appear telephonically.

REQUEST FOR TELEPHONIC APPEARANCE AT CMC

| | | |
|---|---|---|
| 1 | Dated: August 9, 2012 | DYKEMA GOSSETT LLP |
| 2 | | |
| 3 | | By: */s/ S. Christopher Winter* |
| 4 | | S. Christopher Winter<br>Attorneys for Defendants |
| 5 | | JOHN VARVATOS ENTERPRISES,<br>INC., a Delaware corporation; and JOHN |
| 6 | | VARVATOS, an individual,<br>BLOOMINGDALE'S, INC., a Delaware<br>corporation |

**DYKEMA GOSSETT LLP**
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CA 90071