LAWRENCE G. TOWNSEND (SBN 88184)
LAW OFFICES OF LAWRENCE G. TOWNSEND
455 Market Street, Suite 1910 Floor
San Francisco, California 94105
Telephone: (415) 882-3288
Facsimile: (415) 882-3299
E-Mail: ltownsend@owe.com

Attorneys for Plaintiff JIM MARSHALL PHOTOGRAPHY LLC

S. CHRISTOPHER WINTER (SBN 190474)
DYKEMA GOSSETT LLP
333 South Grand Avenue, Suite 2100
Los Angeles, CA 99971
Telephone: (213) 457-1800
Facsimile: (213) 457-1850
E-Mail: swinter@dykema.com

Attorneys for Defendants JOHN VARVATOS ENTERPRISES, INC.;
JOHN VARVATOS and BLOOMINGDALE'S, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM MARSHALL PHOTOGRAPHY LLC,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN VARVATOS, INC., a Delaware corporation; JOHN VARVATOS, an individual; and BLOOMINGDALE'S, INC., a Delaware corporation,<br><br>Defendants. | Case No. CV11-6702-DMR<br><br>**STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Date:    **August 22, 2012**<br>Time:    **1:30 p.m.**<br>Courtroom: **Courtroom 4, 3rd Floor**<br>          **The Hon. Donna M. Ryu** |

The parties, by and through their counsel, hereby stipulate that the Case Management Conference, presently set for August 22, 2012 be continued for one week to August 29 at 1:30 P.M., or at another date convenient for the court. The basis of the request is set forth in the accompanying declaration of Lawrence G. Townsend, as required by L.R. 6-2, and is as follows:

-1-

1. The parties completed the mediation through the court-appointed mediator on July 18, have prior to and since then been diligently exchanging paper discovery, and since the mediation have been working diligently to schedule depositions.

2. Three depositions needed to be scheduled in New York the week of August 20, the only week that would work, to accommodate all the various schedules, but the Case Management Conference is presently scheduled for Wednesday, August 22, 2012 at 1:30 P.M.

Accordingly, the parties respectfully request that the current Case Management Conference be rescheduled for August 29, 2012 at 1:30 P.M. and that the due date of an updated Joint Case Management Conference Statement be due on August 22, 2012.

Dated: August 14, 2012         LAW OFFICES OF LAWRENCE G. TOWNSEND


By: /s/ Lawrence G. Townsend
       Lawrence G. Townsend
Attorneys For Plaintiff JIM MARSHALL PHOTOGRAPHY LLC

Dated: August 14, 2012         DYKEMA GOSSETT LLP


By: /s/ S. Christopher Winter
       S. Christopher Winter
Attorneys For Defendants JOHN VARVATOS ENTERPRISES, INC.; JOHN VARVATOS and BLOOMINGDALE'S, INC.

[PROPOSED] ORDER

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.

Dated: August 15, 2012         By: _____
                                   The Honorable Donna M. Ryu
                                   United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Donna M. Ryu*

-3-

STIPULATION TO CONTINUE FURTHER CMC; [PROPOSED] ORDER         Case No. CV11 6702 DMR