LAWRENCE G. TOWNSEND (SBN 88184)
LAW OFFICES OF LAWRENCE G. TOWNSEND
455 Market Street, Suite 1910 Floor
San Francisco, California 94105
Telephone:  (415) 882-3288
Facsimile:   (415) 882-3299
E-Mail:       ltownsend@owe.com

Attorneys for Plaintiff JIM MARSHALL PHOTOGRAPHY LLC

S. CHRISTOPHER WINTER (SBN 190474)
DYKEMA GOSSETT LLP
333 South Grand Avenue, Suite 2100
Los Angeles, CA  99971
Telephone:  (213) 457-1800
Facsimile:   (213) 457-1850
E-Mail:  swinter@dykema.com

Attorneys for Defendants JOHN VARVATOS ENTERPRISES, INC.;
JOHN VARVATOS and BLOOMINGDALE'S, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM MARSHALL PHOTOGRAPHY LLC,<br><br>             Plaintiff,<br><br>      vs.<br><br>JOHN VARVATOS, INC., a Delaware corporation; JOHN VARVATOS, an individual; and BLOOMINGDALE'S, INC., a Delaware corporation,<br>             Defendants. | Case No. CV11-6702-DMR<br><br>**STIPULATION TO EXTEND DATE TO FILE AMENDED PLEADINGS; [PROPOSED] ORDER** |

The parties, by and through their counsel, hereby stipulate that the date by which the parties must file their motions to amend pleadings (Plaintiff's Third Amended Complaint and Defendant's Counterclaim) or stipulate to same, the deadline for which is September 28, 2012, be extended ten (10) days to October 8, 2012.  The basis of the request is set forth in the accompanying declaration of Lawrence G. Townsend, as required by L.R. 6-2, and is as follows:

   1. In order to amend the complaint and add approximately 100 new images

-1-

identified in discovery, it is necessary to identify additional registrations that may already cover many of the images, along with the filing of any new applications to register.

2. In order to complete the process, I will need to obtain some additional information from my client who is on vacation outside the country and will not return until the end of September.

3. I have spoken to opposing counsel, Kit Winter, who is agreeable and who has advised he could use the additional time to submit to me his proposed counterclaim for stipulation prior to the deadline. The parties do expect to stipulate to the amended pleadings and not have to file motions to amend. The trial date in this case is set for July 8, 2013.

Accordingly, the parties respectfully request that the deadline by which the parties must file their motion to amend pleadings (Plaintiff's Third Amended Complaint and Defendant's Counterclaim) or stipulate to same, presently set for September 28, 2012 be extended ten (10) days to October 8, 2012.

Dated:  September 24, 2012          LAW OFFICES OF LAWRENCE G. TOWNSEND


By:  /s/ Lawrence G. Townsend
       Lawrence G. Townsend
Attorneys For Plaintiff JIM MARSHALL
PHOTOGRAPHY LLC

Dated:  September 24, 2012          DYKEMA GOSSETT LLP


By:  /s/ S. Christopher Winter
       S. Christopher Winter
Attorneys For Defendants JOHN VARVATOS
ENTERPRISES, INC.; JOHN VARVATOS and
BLOOMINGDALE'S, INC.

STIPULATION TO EXTEND DATE, ETC.; [PROPOSED] ORDER          Case No. CV11 6702 DMR

1 **[PROPOSED] ORDER**

2

3 PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.

4

5

6 Dated: Sept. 26 , 2012   By: _____

7 The Honorable Donna M. Ryu
United States Magistrate Judge

8

9 S:\LGT-TENA\Marshall\Varvatos\Pleading\Stip-ProposedOrder-ExtendDate.doc

*IT IS SO ORDERED*
*Judge Donna M. Ryu*

-3-
STIPULATION TO EXTEND DATE, ETC.; [PROPOSED] ORDER        Case No. CV11 6702 DMR