United States District Court
For the Northern District of California

1
2
3
4
5
6

UNITED STATES DISTRICT COURT

7

NORTHERN DISTRICT OF CALIFORNIA

8

9    ESTATE OF JAMES J MARSHALL,                No. C-11-06702 DMR

10              Plaintiff(s),                   **ORDER CONTINUING CASE
                                                MANAGEMENT CONFERENCE**
11        v.

12   JOHN VARVATOS OF CALIFORNIA,

13              Defendant(s).
     _____/
14

15   TO ALL PARTIES AND COUNSEL OF RECORD:

16        The Case Management Conference previously scheduled for December 19, 2012 has been

17   CONTINUED to **February 20, 2013 at 1:30 p.m.**,  Courtroom 4, 3rd Floor, U.S. District Court,

18   1301 Clay Street, Oakland, California 94612.  The Case Management Statement is due no later than

19   **February 13, 2013.**

20

21        IT IS SO ORDERED.

22

23   Dated:  December 13, 2012

24
     _____
25   DONNA M. RYU
     United States Magistrate Judge

26
27
28