**United States District Court**
For the Northern District of California

1
2
3
4
5
6              UNITED STATES DISTRICT COURT
7              NORTHERN DISTRICT OF CALIFORNIA
8
9   ESTATE OF JAMES J MARSHALL,                No. C-11-06702 DMR
10              Plaintiff(s),          **ORDER CONTINUING CASE
                                       MANAGEMENT CONFERENCE**
11          v.
12  JOHN VARVATOS OF CALIFORNIA,
13              Defendant(s).
    _____/
14
15  TO ALL PARTIES AND COUNSEL OF RECORD:
16          The Case Management Conference previously scheduled for February 20, 2013 has been
17  CONTINUED to **March 14, 2013 at 11:00 a.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301
18  Clay Street, Oakland, California 94612.  The Case Management Statement is due no later than
19  March 7, 2013**.**
20
21          IT IS SO ORDERED.
22
23  Dated:  February 15, 2013
24
                                       _____
25                                     DONNA M. RYU
                                       United States Magistrate Judge
26
27
28