UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JIM MARSHALL PHOTOGRAPHY LLC,   No. C-11-06702 DMR

    Plaintiff,

**ORDER REGARDING TRIAL DATE**

    v.

JOHN VARVATOS OF CALIFORNIA, *et al.*,

    Defendants.
_____/

    The court is in receipt of the parties' June 6, 2013 joint submission in which they ask the court to vacate the July 8, 2013 trial date. [Docket No. 92.]

    The court denies the request to vacate the trial date. The court has already moved the trial date in this matter once at the parties' request. [*See* Docket No. 34 (continuing trial from February 11, 2013 to July 8, 2013); *see also* Docket No. 21 (Apr. 12, 2012 Case Management Conference and Pretrial Order).] The parties have been on notice of the July 8, 2013 trial date since August 2012, and fact discovery closed on February 26, 2013. [*See* Docket Nos. 21, 34.] Thus, the parties have had ample opportunity to prepare this case for trial.

    The court also notes that certain pretrial filings are due today, June 7, 2013. [Docket No. 34.] In light of the parties' representations that they are in continuing settlement discussions, the court grants the parties an extension to Wednesday, June 12, 2013 to submit the pretrial papers. Any

objections to exhibits, witnesses, proposed voir dire questions, jury instructions, and verdict forms, as well as any oppositions to motions in limine, shall be filed by June 18, 2013.

IT IS SO ORDERED.

Dated: June 7, 2013



DONNA M. RYU
United States Magistrate Judge

**United States District Court**
For the Northern District of California