

Dykema Gossett LLP
333 South Grand Avenue
Suite 2100
Los Angeles, CA 90071
WWW.DYKEMA.COM

Tel:   (213) 457-1800
Fax:  (213) 457-1850

**S. Christopher Winter**
Direct Dial: (213) 457-1736
Direct Fax: (866) 778-9967
Email: KWinter@dykema.com

June 12, 2013

The Hon. Donna M. Ryu
Magistrate Judge
United States District Court
Northern District of California
1301 Clay Street
Oakland, CA 94612-5212

> **Re:**   *Jim Marshall Photography LLC v. John Varvatos Enterprises, Inc. et al.,*
> **11-CV-6702 DMR**

Dear Judge Ryu:

On Friday, June 5, 2013, the parties in the above-captioned action (the "Action") participated in a mediation before Martin Quinn, Esq. of JAMS.  I am pleased to advise the Court that the parties have now agreed on the material terms of a settlement of the Action, and expect to execute a settlement agreement next week.  As such, the parties jointly request that the trial date (and all associated pretrial dates) be vacated pending dismissal of the Action by the parties.

Respectfully submitted,

**DYKEMA GOSSETT LLP**

/S/ *S. Christopher Winter*

California | Illinois | Michigan | Minnesota | North Carolina | Texas | Washington, D.C.