**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11    JIM MARSHALL PHOTOGRAPHY LLC,              No. C-11-06702 DMR

12               Plaintiff(s),                   **ORDER RE PARTIES JUNE 20, 2013**
                                                 **STIPULATION**
13         v.

14    JOHN VARVATOS OF CALIFORNIA,

15               Defendant(s).
      _____/
16

17         On June 20, 2013, the parties filed a stipulated request to amend the court's June 3, 2013

18    Order on Defendants' Motion for Partial Summary Judgment on the grounds that in its order, the

19    court entered summary judgment as to one image for which Defendants had not sought summary

20    judgment.  [Docket No. 95.]  The court construes the parties' request as a motion for leave to file a

21    motion for reconsideration pursuant to Local Rule 7-9, grants the motion, and issues the following

22    order:

23         In their motion for partial summary judgment, Defendants challenged Plaintiff's standing and

24    ability to bring an infringement action with respect to, *inter alia*, images which appeared in the book

25    *Not Fade Away*, arguing that Plaintiff's copyright registration for the book did not extend to the

26    individual photographs contained therein.  The court granted summary judgment as to the thirteen

27    *Not Fade Away* images, including an image of Johnny Cash identified in the third amended

28    complaint as (x).  (June 3, 2013 Order at 18-20.)  However, in Defendants' motion, they noted that

1   Plaintiff had separately registered its copyright in the Johnny Cash image and conceded that the

2   image "appeared to belong to Marshall."  (Defs.' Mot. 19-20.)  Accordingly, Defendants did not

3   move for summary judgment as to image (x).  Therefore, the court grants the parties' request to

4   amend its June 3, 2013 order so as to remove image (x) from the images for which summary

5   judgment was granted in favor of Defendants.  The court will issue an amended order on the motion.

6

7          IT IS SO ORDERED.

8

9   Dated:  June 20, 2013



DONNA M. RYU
United States Magistrate Judge

**United States District Court**
For the Northern District of California

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28