1  LAWRENCE G. TOWNSEND  (SBN 88184)
   LAW OFFICES OF LAWRENCE G. TOWNSEND
2  455 Market Street, Suite 1910
   San Francisco, California 94105
3  Telephone:    (415) 882-3288
   Facsimile:    (415) 882-3299
4  E-Mail:       ltownsend@owe.com

5  Attorneys for Plaintiff JIM MARSHALL PHOTOGRAPHY LLC

6  S. CHRISTOPHER WINTER (SBN 190474)
   DYKEMA GOSSETT LLP
7  333 South Grand Avenue, Suite 2100
   Los Angeles, CA  99971
8  Telephone:  (213) 457-1800
   Facsimile:   (213) 457-1850
9  E-Mail: swinter@dykema.com

10 Attorneys for Defendants JOHN VARVATOS ENTERPRISES, INC.;
   JOHN VARVATOS and BLOOMINGDALE'S, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM MARSHALL PHOTOGRAPHY LLC, a California limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN VARVATOS ENTERPRISES, INC., a Delaware corporation; JOHN VARVATOS, an individual, and BLOOMINGDALE'S, INC., a Delaware corporation, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM | Case No. CV 11 6702 DMR <br><br> **STIPULATION AND ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** <br><br> **Fed. R. Civ. P. 41** <br><br> Complaint Filed:  December 29, 2011 <br> Trial Date:         July 8, 2013 |

The parties having reached a full and final settlement of all claims, it is hereby stipulated and agreed by the parties in the above-entitled action, by their undersigned counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that the Complaint and Counterclaim in this action, together with all claims therein asserted be, and they hereby are, DISMISSED WITH

1

1  PREJUDICE, all parties bearing their own costs and attorneys' fees incurred in this action. The
2  Court shall retain jurisdiction to enforce the terms of their settlement agreement.

4  Dated: July 1, 2013                    LAW OFFICES OF LAWRENCE G. TOWNSEND

7                                          By:     /s/ Lawrence G. Townsend
8                                                  Lawrence G. Townsend
                                            Attorneys For Plaintiff
9                                           JIM MARSHALL PHOTOGRAPHY LLC

12  Dated: July 1, 2013                    DYKEMA GOSSETT LLP

14                                          By:     /s/ S. Christopher Winter
                                                    S. Christopher Winter
15                                          Attorneys For Defendants
                                            JOHN VARVATOS ENTERPRISES, INC.
16                                          JOHN VARVATOS
                                            BLOOMINGDALE'S INC.

[~~PROPOSED~~] ORDER

Pursuant to stipulation of the parties, it is ORDERED that:

1. The above-entitled action is DISMISSED WITH PREJUDICE, each party to bear their own attorneys' fees and costs, and

2. The Court shall retain jurisdiction to enforce the terms of the parties' Settlement Agreement.

Dated: July 2, 2013          By: _____
                                  The Honorable Donna M. Ryu
                                  United States Magistrate Judge

S:\LGT-TENA\Marshall\Varvatos\Pleading\Stip-Order-Dismissal.wpd

*IT IS SO ORDERED*
*Judge Donna M. Ryu*
*UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*

3

Stipulation and Order re Dismissal of Entire Action, etc. ; Case No: CV 11 6702 DMR